AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JONPAUL NADEAU | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:25-CV-24220 WILLIAMS |
| CMA DESIGN STUDIO, INC., CESAR A. MOLINA, and LYNSIE C. CONN | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CESAR A. MOLINA
232 Andalusia Avenue, Suite #101
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sarah Stemer
6067 Dudley Court
Arvada, Colorado 80004
Sarah@StemerLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: September 17, 2025

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JONPAUL NADEAU | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:25-CV-24220 WILLIAMS |
| CMA DESIGN STUDIO, INC., CESAR A. MOLINA, and LYNSIE C. CONN | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LYNSIE C. CONN
232 Andalusia Avenue, Suite #101
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sarah Stemer
6067 Dudley Court
Arvada, Colorado 80004
Sarah@StemerLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: September 17, 2025

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JONPAUL NADEAU <br><br> *Plaintiff(s)* <br> v. <br> CMA DESIGN STUDIO, INC., CESAR A. MOLINA, and LYNSIE C. CONN <br><br> *Defendant(s)* | Civil Action No. 1:25-CV-24220 WILLIAMS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CMA DESIGN STUDIO, INC.
232 Andalusia Avenue, Suite #101
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sarah Stemer
6067 Dudley Court
Arvada, Colorado 80004
Sarah@StemerLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date:  September 17, 2025

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts